UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA WOODRUFF,
    Plaintiff,

                                    Case No. 2:17-cv-13866-GCS-RSW
v.                                Hon. George Caram Steeh
                                      Mag. Judge: R. Steven Whalen

ACCOUNT ADJUSTMENT
BUREAU, INC.,
    Defendant.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT
## ACCOUNT ADJUSTMENT BUREAU, INC.

Plaintiff and Defendant, Account Adjustment Bureau, Inc., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Account Adjustment Bureau, Inc., with prejudice, no later than September 29, 2019.

Respectfully submitted,

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
Credit Repair Lawyers of America
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@crlam.com

July 29, 2019

## <u>PROOF OF SERVICE</u>

I, Gary D. Nitzkin hereby state that on July 29, 2019 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

<u>/s/ Gary Nitzkin</u>