UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA WOODRUFF,
    Plaintiff,

v.

Case No. 2:17-CV-13866-GCS-RSW
Hon. George Caram Steeh
Mag. Judge: R. Steven Whalen

ACCOUNT ADJUSTMENT
BUREAU, INC.,
    Defendant.
_____

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Account Adjustment Credit Bureau, Inc., with prejudice and without attorney's fees or costs to either party.


_/s/Gary D. Nitzkin_____
Gary D. Nitzkin (P41155)
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, Michigan 48034
248.353.2882
gary@crlam.com

/s/Herman D. Hofman
Herman D. Hofman
Attorney for Defendant, Account
Adjustment Bureau Inc.
333 Bridge Street NW
Grand Rapids, MI 49504
(616) 336-6000
hdhofman@varnumlaw.com

## **PROOF OF SERVICE**

I, Gary D. Nitzkin hereby state that on September 20, 2019 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA WOODRUFF,
    Plaintiff,

v.

Case No. 2:17-CV-13866-GCS-RSW
Hon. George Caram Steeh
Mag. Judge: R. Steven Whalen

ACCOUNT ADJUSTMENT
BUREAU, INC.,
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT ACCOUNT ADJUSTMENT BUREAU, INC.

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Account Adjustment Credit Bureau, Inc., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Account Adjustment Credit Bureau, Inc., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: September 23, 2019

s/George Caram Steeh
United States District Judge